### 16196.  HUDSON *v.* COHEN.

BELL, J. The judgment of the municipal court of Atlanta in favor of the plaintiff in a suit on account was not to be treated as a nullity merely because it was rendered without first requiring the plaintiff to comply with a demand filed by the defendant for a bill of particulars. Civil Code (1910), § 5960; *Hill* v. *Harris,* 11 *Ga. App.* 358 (1) (75 S. E. 518); *Hudson* v. *Cohen,* 32 *Ga. App.* 299 (122 S. E. 718). The superior court did not err in dismissing the certiorari.

*Judgment affirmed. Jenkins, P. J., and Stephens. J., concur.*

DECIDED MAY 19, 1925.

Certiorari; from Fulton superior court—Judge Humphries. December 18, 1924.

*Sam. C. Crane,* for plaintiff in error.

*Carl B. Copeland,* contra.

---

### 16204.  CLAY *v.* DINKLER.

BELL, J. A judgment refusing a motion to set aside a judgment opening a default and allowing the defendant to plead is not a final judgment. It appears from the record that the case is still pending · in the court below, and has never been tried. The bill of exceptions, not assigning error upon a final judgment, is prematurely brought, and this court is without jurisdiction to entertain it. *Bell* v. *Stewart,* 116 *Ga.* 714 (43 S. E. 70); *Farmers & Merchants Bank* v. *Pirkle,* 9 *Ga. App.* 583 (1) (71 S. E. 940); *Williams* v. *Chambers,* 31 *Ga. App.* 807 (122 S. E. 97).

*Writ of error dismissed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED MAY 19, 1925.

Action for damages; from city court of Atlanta—Judge Reid. December 6, 1924.

*T. J. Lewis,* for plaintiff.

*Walter A. Sims, James E. Berman,* for defendant.